**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| JIMMY LEE MENIFEE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-0729-D |
| ) | |
| RONALD D. FRANKS and LOIS MARIE ) | |
| MENIFEE, ) | |
|     Defendants. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

April 22, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE